UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEANA CHENAIL                           :        DOCKET NO. 3:16-cv-00645-VAB
            Plaintiff
v.

THE SUFFIELD HOUSE, LLC, et al.
            Defendants                  :        OCTOBER 3, 2016

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above captioned matter by and through their undersigned

counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby

stipulate to the dismissal of the above captioned action with prejudice, each party to

bear their own costs and fees incurred as part of this litigation.


PLAINTIFF, DEANA CHENAIL          DEFENDANTS, THE SUFFIELD HOUSE,
                                  LLC; SUFFIELD MANOR, INC.; CARRIE
                                  RICCIO and BRIAN HICKEY


By   /s/ Robert T. Rimmer            By        /s/ Patricia Boyce Iassogna
    Robert T. Rimmer (ct17235)         Patricia Boyce Iassogna (ct11211)
    Law Office of Robert Rimmer, LLC   Farrell, Musco & Iassogna
    191 Main Street                    555 Long Wharf Drive, 10th Floor
    Old Saybrook, CT  06475            New Haven, CT  06511
    Tel:  860-388-9364                 Tel:      203-782-4122
    Fax: 860-388-9365                  Fax:      203-782-4128
    roberttrimmer@aol.com              pboyceiassogna@bfarrelllaw.com

1

## **CERTIFICATION**

I hereby certify that, on October 3, 2016, the foregoing document was filed electronically and served by first class mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this this filing through the court's CM/ECF System.

  /s/ Robert T. Rimmer_____
Robert T. Rimmer